UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GERARDO SANCHEZ MURATALLA, | Case No. 8:18-00720 VAP (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Final Report and Recommendation of the assigned United States Magistrate Judge dated March 27, 2019, [Dkt. No. 26], and Petitioner's Objections, [Dkt. No. 25]. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Final Report and Recommendation, [Dkt. No. 26], is accepted;

2. The case is dismissed with prejudice;

3. A Certificate of Appealability is denied; and

4. Judgment is to be entered accordingly.

DATED: April 01, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge