JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GERARDO SANCHEZ MURATALLA, | Case No. 8:18-00720 VAP (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: April 01, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge